UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN RODRIGUEZ TERRIQUEZ,<br>               Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>               Defendant. | No. EDCV 13-939 FFM<br><br>JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated June 18, 2014.

DATED: June 18, 2014

                                                  /S/ FREDERICK F. MUMM
                                                  FREDERICK F. MUMM
                                                  United States Magistrate Judge